IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTHONY PAUL ACOSTA, Plaintiff, | § § § | |
| vs. | § | C.A. NO. 1:16-CV-00952 |
| OLD 77 TRUCKING, Defendant. | § § § | |

**INDEX OF STATE COURT DOCUMENTS**

Defendant OLD 77 TRUCKING files this Index of State Court Documents, and attaches hereto as follows:

1. Civil Docket
2. Issuance of Process
3. Case Information
4. Plaintiff's Original Petition, Request for Disclosure, Interrogatories, and Request for Production to Defendant Old 77 Trucking;
5. Civil Case Information Sheet;
6. Request for Issuance of Process;
7. Citation; and,
8. Defendant's Original Answer.

Respectfully submitted,

SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
rvaladez@shelton-valadez.com
Telephone: (210) 349-0515
Telecopier: (210) 349-3666

By: [signature]
ROBERT A. VALADEZ, Attorney-in-Charge
State Bar No. 20421845

COUNSEL FOR DEFENDANT
OLD 77 TRUCKING

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was electronically filed and served in accordance with the Federal Rules of Civil Procedure on the 8th day of August, 2016, to counsel of record as follows:

Peter Mills
BONILLA LAW FIRM
3910 S. IH-35, Suite 200
Austin, Texas 78704
pmills@jonbonilla.com

ROBERT A. VALADEZ

#419906

TRUE AND CORRECT COPY

# CIVIL DOCKET

**16 – 1236**
Filed: 06/23/2016

Injury or Damage – Motor | 22nd District Court

ANTHONY PAUL ACOSTA VS. OLD 77 TRUCKING

Plaintiff: Acosta, Anthony Paul — Lead Attorney: Mills, Peter

Defendant: Old 77 Trucking — Lead Attorney:

10070012966468

| DATE | ORDERS OF THE COURT |
|---|---|
| | |

TRUE AND CORRECT COPY

Tab 1

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 1 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of AUGUST, 2016.

Beverly Crumley, District Clerk

By: [signature]
Deputy

6/23/2016 5:45:42 PM
Beverly Crumley
District Clerk
Hays County, Texas

TRUE AND CORRECT COPY



**BEVERLY CRUMLEY**
HAYS COUNTY DISTRICT CLERK
Hays County Government Center 712 S. Stagecoach Trail #2211 San Marcos, Texas 78666
**PHONE (512) 393-7660 FAX (512)393-7674**



ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 16-1236

**TYPE OF PROCESS:**

- ☒ Citation ☐ Citation by Posting ☐ Temporary Restraining Order
- ☐ Citation by Publication (Please indicate which newspaper below)
- ☐ Temporary Injunction ☐ Permanent Injunction ☐ Show Cause Notice
- ☐ Precept ☐ Appl. and Temp Ex Parte Protective Order ☐ Capias
- ☐ Writ of Attachment (person) ☐ Writ of Habeas Corpus ☐ Writ of Sequestration
- ☐ Writ of Garnishment ☐ Criminal Subpoena
- ☐ Other ______________________(Do not request post judgment remedies, use Request for Post Judgment Writ/Request for Abstract of Judgment forms)

**TYPE OF SERVICE:**

- ☐ Attorney will pick up (Place in Attorney Box)
- ☐ Runner/Process Server will pick up (Place in Pick Up Box)
- ☒ Mail to Attorney's Office/Requesting Party
- ☐ Forward to Constable's Office **Service Fee and Copy or Copy Fee Required**
- ☐ Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
- ☐ Publication (Circle one) Hays Free Press San Marcos Daily Record
  (*Service Fee Required*) Brief Statement of Suit (use reverse side)
- ☐ Posting at Courthouse Door
  (*Service fee and copy or copy fee required*) Brief Statement of Suit (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: (Citation and original petition, discovery requests)

PARTY TO BE SERVED: (Please fill out a new request form per party to be served) **Do not complete this section if filing Application for Criminal Subpoena**
NAME/AGENT: Raymond Sveeggen, d/b/a Old 77 Trucking

ADDRESS: 29475 472nd Avenue

CITY/STATE/ZIP: Beresford, SD 57004

SIGNATURE OF PARTY REQUESTING SERVICE: Peter Mills
PHONE NUMBER: 512-441-1111 E-MAIL: <pmills@jonbonilla.com>

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED******

6/29/16 Mailed to atty

**Tab 2**

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 1 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 20 16.
Beverly Crumley, District Clerk

By: [signature]
Deputy

TRUE AND
CORRECT COPY



Print this page

# Case # 16-1236

| **Case Information** | |
|---|---|
| Location | Hays County - District Clerk |
| Date Filed | 06/23/2016 05:45:42 PM |
| Case Number | 16-1236 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Peter Mills |
| Firm Name | Bonilla Law Firm |
| Filed By | Peter Mills |
| Filer Type | Not Applicable |
| **Fees** | |
| Convenience Fee | $9.15 |
| Total Court Case Fees | $297.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $14.50 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $325.90 |
| **Payment** | |
| Account Name | Firm Credit Card |
| Transaction Amount | $325.90 |
| Transaction Response | Approved |
| Transaction ID | 18183740 |
| Order # | 011312927-0 |

---

| **Petition** | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition |
| Filing Description | Petition |
| Reference Number | 203358 |
| Comments | Please issue citation suitable for service on Defendant as listed in the request form, and mail same to Bonilla Law Firm, 3910 S. IH-35, Suite |

**Tab 3**

TRUE AND CORRECT COPY

| | |
|---|---|
| | 200, Austin, Texas, 78704. Thank you for your assistance. |
| Status | Accepted |
| Accepted Date | 06/24/2016 08:13:07 AM |
| **Fees** | |
| Court Fee | $14.50 |
| Service Fee | $0.00 |
| | |
| Optional Services | |
| >Issue Citation | $8.00 |
| >Copies - Non-Certified | $6.50 (13 x $0.50) |

**Documents**

| | | |
|---|---|---|
| *Attachments* | Request+for+Issuance+of+Process.pdf | [Original] [Transmitted] |
| *Lead Document* | 06.23.16 Acosta v Old 77 Trucking_POP, discov.pdf | [Original] [Transmitted] |

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Peter Mills PMills@jonbonilla.com | Bonilla Law Firm | EServe | Sent | Yes | Not Opened |
| Nicholas Madsen nmadsen@jonbonilla.com | Bonilla Law Firm | EServe | Sent | Yes | Not Opened |

---

**Affidavit of Inability to Pay**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Affidavit of Inability to Pay |
| Filing Description | Civil Case Information Sheet |
| Reference Number | 203358 |
| Comments | |
| Status | Accepted |
| Accepted Date | 06/24/2016 08:13:07 AM |
| **Fees** | |
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

| | | |
|---|---|---|
| *Lead Document* | Civil Case Information Sheet.pdf | [Original] [Transmitted] |

TRUE AND CORRECT COPY

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Peter Mills PMills@jonbonilla.com | Bonilla Law Firm | EServe | Sent | Yes | Not Opened |
| Nicholas Madsen nmadsen@jonbonilla.com | Bonilla Law Firm | EServe | Sent | Yes | Not Opened |

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 3 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 2016.
Beverly Crumley, District Clerk

By: [signature]
Deputy

TRUE AND CORRECT COPY

FILED
6/23/2016 5:45:42 PM
Beverly Crumley
District Clerk
Hays County, Texas

Cause No. 16-1236

| | | |
|---|---|---|
| ANTHONY PAUL ACOSTA<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | _____ JUDICIAL DISTRICT |
| OLD 77 TRUCKING<br>*Defendant.* | §<br>§ | HAYS COUNTY, TEXAS |

**PLAINTIFF ANTHONY PAUL ACOSTA'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUEST FOR PRODUCTION TO DEFENDANT OLD 77 TRUCKING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Anthony Paul Acosta, hereinafter referred to as Plaintiff, complaining of Old 77 Trucking, hereinafter referred to Defendant, and in support of same would show the court as follows:

## I. JURISDICTION AND VENUE

1.1 The Court has jurisdiction over this cause as the amount in controversy is within the jurisdictional limits of this Court.

1.2 Monetary relief of over $1,000,000 is being sought.

1.3 Pursuant to §15.002(a)(1) of the Texas Civil Practices and Remedies Code, venue is proper in Hays County, Texas.

## II. DISCOVERY CONTROL PLAN

2.1 Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under a Level Three (3) Discovery Control Plan.

## III. PARTIES

3.1 Plaintiff, Anthony Paul Acosta, is an individual residing in Kyle, Texas. The last three digits of his driver's license and social security number are 051 and 823, respectively.

TRUE AND CORRECT COPY

3.2 Defendant, Old 77 Trucking, is an alias of Raymond Sveeggen, who may be served with process at his place of residence, 29475 472nd Avenue, Beresford, SD, 57004. **Citation is requested.**

## IV. FACTS

4.1 On or about June 6, 2016, Plaintiff, Anthony Paul Acosta was working at his job at El Milagro of Texas, Inc., at its facility located on 400 Barnes Drive in San Marcos, Hays County, Texas. Acosta and his co-worker Karina Noriega were assisting with the unloading of grain from a "belly dump" trailer affixed to an Old 77 Trucking Peterbilt tractor truck operated by Raymond Sveeggen. In the usual course of his work and at the time in question, Acosta was physically situated under the trailer in front of its rear tires, when Sveeggen suddenly and unexpectedly released the truck's air brakes and proceeded ahead, causing the rear of the trailer to crush Acosta's lower extremities, thereby causing the injuries and damages made the basis of this suit.

## V. NEGIGENCE OF DEFENDANT

5.1 On the occasion in question, Defendant Old 77 Trucking was negligent and negligent per se through the acts and/or omissions of Raymond Sveeggen, who failed to exercise reasonable care in his operation of the Peterbilt, and whose negligence and negligence per se was a proximate cause of the ensuing incident and resulting damages sustained by Plaintiff, including failing to adequately ensure that the both the path of the tractor truck and trailer was clear and that no person was in danger of being run over before proceeding forward.

## VI. DAMAGES

6.1 As a result of the incident, Plaintiff Anthony Paul Acosta incurred the following elements of damages: (a) reasonable and necessary medical and hospital bills in the

TRUE AND CORRECT COPY

past and in the future; (b) physical pain and mental anguish in the past and in the future; (c) physical impairment in the past and in the future; and (d) loss of wage-earning capacity.

6.2 Plaintiff, Anthony Paul Acosta, is entitled to pre-judgment interest on his damages at the maximum legal rate as provided by law. Plaintiff is entitled to post-judgment interest on his damages at the maximum legal rate as provided by law.

**PRAYER**

WHEREFORE, premises considered, Plaintiff prays for a final hearing herein and judgment against the Defendant, for damages as alleged, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees, and for such other and further relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

**BONILLA LAW FIRM**
3910 S. IH-35, Suite 200
Austin, TX 78704
Tel.: (512) 441-1111
Fax: (512) 445-7505

By: Peter Mills, TBN 24043827
pmills@jonbonilla.com

TRUE AND CORRECT COPY

**PLAINTIFF'S REQUEST FOR DISCLOSURE, INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT OLD 77 TRUCKING**

Pursuant to Rules 194, 196, and 197of the Texas Rules of Civil Procedure, Plaintiff, Anthony Paul Acosta requests that Defendant., Old 77 Trucking, no later than fifty (50) days following the service of this instrument, serve written responses to the following Request for Disclosure, Interrogatories, and Request for Production, and that the responses be received at the offices of Plaintiff's counsel, Bonilla Law Firm, 3910 S. IH-35, Suite 200, Austin, Texas, 78704. All discovery requests shall be deemed continuing so as to require supplementation as provided by the Texas Rules of Civil Procedure.

RESPECTFULLY SUBMITTED,

**BONILLA LAW FIRM**
3910 IH-35 South, Suite 200
Austin, TX 78704
Tel.: (512) 441-1111
Fax: (512) 445-7505

Peter Mills

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that the foregoing Request for Disclosure, Interrogatories, and Request for Production have been served to Defendant Old 77 Trucking contemporaneously with service of the citation and Original Petition in this cause, in accordance with the Texas Rules of Civil Procedure.

Peter Mills

TRUE AND
CORRECT COPY

**DEFINITIONS AND INSTRUCTIONS**

**1.** As used herein, the terms **"you" and "your"** shall mean Defendant Old 77 Trucking, including its departments, agencies, and subdivisions, its employees, drivers, independent contractors, owner/operators, trip lessors and its attorneys, investigators, brokers, agents, or any other representatives.

**2.** As used herein, the term **"documents"** shall mean all writings of every kind, source and authorship, both originals and all non-identical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing in one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and programming instructions and other materials necessary to understand and use such systems.

For purposes of illustration and not limitation, the term shall include: affidavits; agendas; agreements; analyses; announcements; bills, statements, and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks, vouchers, receipts and other records of payments; charts, drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate bylaws; corporate charters; correspondence; credit files and contents; deeds of trust; deposit slips; diaries, drafts; files; guaranty agreements; instructions; invoices; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; letters; logs, notes, or memoranda of telephonic or face-to-face conversations; manuals; memoranda of all kinds, to and from any persons, agencies, or entities; minutes; minute books; notes; notices; parts lists; papers; press releases; printed matter (including books, articles, speeches, and newspaper clippings); purchase orders; records; records of administrative, technical, and financial actions taken or recommended; reports; safety deposit boxes and contents and records of entry; schedules; security agreements; specifications; statement of bank accounts; statements, interviews; stock transfer ledger; technical and engineering reports, evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; summaries, notes, and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; teletypes and other communications sent or received; transcripts of testimony; UCC instruments; work papers; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested.

A document is deemed to be in your possession, custody or control if you have either actual physical possession of a document or constructive possession of the document. Constructive possession means that you have a superior right to compel the production of

TRUE AND CORRECT COPY

such document or a copy thereof from a third party having actual physical possession of the document.

3. **"Person" or "persons"** means any natural persons, firms, partnerships, associations, joint ventures, corporations and any other form of business organization or arrangement, as well as government or quasi-governmental agencies. If other than a natural person, include all natural persons associated with such entity.

4. **Accident** or **Incident:** Unless otherwise defined in a specific request, the term **"accident"** or **"incident**," as used herein, means the incident forming the basis for this suit.

5. **Driver:** As used herein, the term **"Driver or Drivers"** means any person employed, or contracted for or with, by Defendant, including persons known as co-drivers, independent contractors, owner operators or trip lessors and includes persons furnished to the Defendant and drivers by any other person or organization who perform driving services for or on behalf of Nunez Trucking, Inc.

**REQUEST FOR DISCLOSURE**

Pursuant to Rule 194.2 of the Texas Rules of Civil Procedure, Defendant is requested to disclose the following:

(a) the correct names of the parties to the lawsuit;

(b) the name, address, and telephone number of any potential parties;

(c) the legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);

(d) the amount and any method of calculating economic damages;

(e) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(f) for any testifying expert:

(1) the expert's name, address, and telephone number;

(2) the subject matter on which the expert will testify;

(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

TRUE AND CORRECT COPY

(4) if the expert is retained by, employed by, or otherwise subject to the control of the responding party:

(A) all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

(B) the expert's current resume and bibliography;

(g) any indemnity and insuring agreements described in Rule 192.3(f);

(h) any settlement agreements described in Rule 192.3(g);

(i) any witness statements described in Rule 192.3(h);

(j) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party; and

(l) the name, address, and telephone number of any person who may be designated as a responsible third party.

**INTERROGATORIES**

**INTERROGATORY NO. 1** Identify all mobile devices you regularly use, including those of family members and of your employer, and include telephone numbers.

ANSWER:

**INTERROGATORY NO. 2:** Please describe how the incident occurred and state specifically what you contend caused or contributed to the cause of the incident.

ANSWER:

**INTERROGATORY NO. 3:** Please identify arrests you have had for any crimes other than minor traffic citations (a DWI is a "minor traffic violation"), stating (a) the date of arrest, (b) the county or jurisdiction, (c) the disposition of any charges related to the arrest, (d) the cause number(s) of any cases filed by any prosecuting authority; and (e) the statute of the offense as listed in any charging instrument.

ANSWER:

TRUE AND CORRECT COPY

**INTERROGATORY NO. 4:** Was a urine sample taken from Raymond Sveeggen at any time, and also within 32 hours after the incident, and if not, why not? If yes, state the results of such test.

ANSWER:

**INTERROGATORY NO. 5:** Please describe in detail any conversations you have had with Plaintiff or Plaintiff's representative since the incident.

ANSWER:

**INTERROGATORY NO. 6:** Please describe in reasonable detail the content of any conversations you had with anyone else employed by El Milagro following the incident, the date or approximate dates and times the conversation(s) took place, and the identity of witnesses or people who were present when the conversation(s) took place.

ANSWER:

**INTERROGATORY NO. 7:** Please identify prior accidents or claims involving your vehicle(s), regardless of fault. A complete answer should include: date, location, identification of the driver of your vehicle, and whether any occupant of any vehicle involved in the accident made a claim or reported injuries from the accident.

ANSWER:

**INTERROGATORY NO. 8:** If you wear corrective lenses, contacts, glasses, hearing aids, or other devices that enable you to see or hear, were you wearing the corrective lenses, contacts, glasses, hearing aids, or other devices at the time of the collision?

ANSWER:

**INTERROGATORY NO. 9:** Give the name(s), of the person(s), firm(s), or corporation(s) that own the Peterbilt tractor truck and the trailer, respectively, that was being driven by Raymond Sveeggen, at the time of the incident in question, together with the company unit numbers and the trip number/trip identifier when the incident in question occurred.

ANSWER:

**INTERROGATORY NO. 10:** If you contend any defect or failure on the part of your vehicle caused or contributed to the incident, describe the defect, and how the defect or failure contributed to the collision.

ANSWER:

TRUE AND
CORRECT COPY

**VERIFICATION**

**STATE OF ________________ §**

**COUNTY OF ______________ §**

BEFORE ME, the undersigned notary public, on this day personally appeared ________________________________, authorized corporate representative of Nunez Trucking, Inc., who is [please check one] _____ personally known to me _____ proved to me upon oath of ________________________________ identified by viewing his driver's license/identification card to be the person whose name is subscribed to the foregoing instrument, and after being duly sworn by me, stated on oath that the information contained in Defendant Old 77 Trucking's Answers and Objections to Plaintiff's Interrogatories is within his/her knowledge and is true and correct, except for those answers relating to legal contentions, which were provided by his/her counsel. Further, any legal objections were made by his/her counsel.

________________________________
Signature

________________________________
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME ON this ______ day of ____________________, 2016 to certify which witness my hand and official seal.

________________________________
Notary Public, State of Texas

TRUE AND CORRECT COPY

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** As to Raymond Sveeggen, the following documents and items:

a. The complete personnel file;

b. Record of required driving test;

c. Record of required written test;

d. Disciplinary actions;

e. Driver's qualification file; and

f. Driver's record.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 2**: A copy of any drug testing and alcohol testing conducted on Raymond Sveeggen, from the date of his employment through and including the date of responding to this request.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 3:** Your maintenance standards, including the standards for the parts used to maintain and repair equipment.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 4:** All documents and tangible things that you have of Plaintiff's or any aspect of Plaintiff's work ability and activity, the vehicle, parties, and scene in question following the incident.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 5:** A copy of all photographs, drawings, maps, sketches, of the scene of the incident which have been made of the scene of the incident, the vehicle and equipment involved in the incident, and of the Plaintiff or Defendants involved in this incident.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 6:** A copy of any movies, videotapes or other reproductions of the incident scene or of the parties involved in the incident.

RESPONSE:

TRUE AND CORRECT COPY

**REQUEST FOR PRODUCTION NO. 7:** A copy of all plats, surveys, diagrams, sketches, and maps of the scene of the incident and vehicle involved.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 8:** A copy of all investigative reports relating to the incident in question, including all documents, memoranda, photographs, videotapes, movies, statements, reports, drawings, communications, and other tangible things attached to such reports, or referred to therein, which were generated or obtained by or on behalf of the Defendant in the ordinary course of business of the Defendant, before a reasonable person would have concluded from the circumstances that there was a substantial chance of litigation. This request specifically excludes documents prepared by or for your attorneys.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 9:** A copy of all documents, records, notations, or memoranda relating to the repair and maintenance of the truck driven by Raymond Sveeggen at the time of the incident, for the period of one (1) year immediately preceding the incident to the present. This Request specifically seeks all memoranda, invoices, estimates, itemized bills, descriptions of repairs, etc. for work performed by any mechanic or repairman who evaluated or repaired the truck.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 10:** A copy of all accident reports filed by you with the National Transportation Safety Board (NTSB) relating to the incident in question, including all documents, memoranda, photographs, videotapes, movies, statements, reports, drawings, communications, and other tangible things attached to such reports, or referred to therein.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 11:** A copy of all accident reports filed by you with any state regulatory agency relating to the incident in question, including all documents, memoranda, photographs, videotapes, movies, statements, reports, drawings, communications, and other tangible things attached to such reports, or referred to therein.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 12**: A copy of all loss control reports made by any present or previous insurance company concerning your operations.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 13**: Any and all contracts describing the obligation of any person, firm or corporation other than an insurance company to provide

TRUE AND
CORRECT COPY

investigative or legal defense services for the benefit of Defendant.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 14:** Copies of all documents, including but not limited to medical records, photographs, incident reports, insurance claim forms, pleadings filed with any court, in regard to the Plaintiff that may be related to the following:

a. Pre-existing injuries;

b. Previous lawsuits;

c. Previous workers' compensation claims;

d. Pre-existing conditions;

e. Previous convictions;

f. Previous incidents;

g. Previous insurance claims; or

h. Any other matter that could be used to impeach Plaintiff's credibility.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 15**: A copy of any and all medical records pertaining to Plaintiff in your possession obtained by any source other than those records supplied to you by counsel for Plaintiff herein, in response to your requests for medical records.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 16**: A copy of any surveillance movies of photographs which have been made of Plaintiff.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 17**: A copy of all telephone records, including usage data, for the mobile devices identified in response to Interrogatory No. 1.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 18:** All records which show the days worked by Raymond Sveeggen in the 12-month period prior to June 6, 2016, including records of jobs performed, time records, invoices and payroll records.

RESPONSE:

TRUE AND CORRECT COPY

**REQUEST FOR PRODUCTION NO. 19:** Please produce a copy of all driver's log books kept for the year preceding the incident until present.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 20:** A copy of any prescriptions for corrective lenses, contacts, glasses, hearing aids, or other devices referenced in Interrogatory No.8:

RESPONSE:

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 13 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of AUGUST, 2016.
Beverly Crumley, District Clerk

By: ______________ Deputy

TRUE AND CORRECT COPY

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (*FOR CLERK USE ONLY*): 16-1236 COURT (*FOR CLERK USE ONLY*): ____________

STYLED Anthony Paul Acosta v. Old 77 Trucking
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Peter Mills
Email: pmills@jonbonilla.com
Address: 3910 S. IH-35, Ste. 200
Telephone: 512-441-1111
City/State/Zip: Austin, Texas 78704
Fax: 512-445-7505
Signature: /s/ Peter Mills
State Bar No: 24043827

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Anthony Paul Acosta

Defendant(s)/Respondent(s): Old 77 Trucking

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

☒ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

**2. Indicate case type, or identify the most important issue in the case (*select only 1*):**

## *Civil*

**Contract**
*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:
*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☒ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product:
☐ Other Injury or Damage:

**Real Property**
☐ Eminent Domain/ Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other:

**Employment**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

## *Family Law*

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Paternity/Parentage
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

## *Probate & Mental Health*

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings
☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

**3. Indicate procedure or remedy, if applicable (*may select more than 1*):**

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought (*do not select if it is a family law case*):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000



**Tab 5**

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 1 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 20 16.
Beverly Crumley, District Clerk

By: [signature]
Deputy

TRUE AND CORRECT COPY






# BEVERLY CRUMLEY

HAYS COUNTY DISTRICT CLERK

Hays County Government Center 712 S. Stagecoach Trail #2211 San Marcos, Texas 78666
**PHONE (512) 393-7660 FAX (512)393-7674**

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 16-1236

**TYPE OF PROCESS:**

- ☒ Citation ☐ Citation by Posting ☐ Temporary Restraining Order
- ☐ Citation by Publication (Please indicate which newspaper below)
- ☐ Temporary Injunction ☐ Permanent Injunction ☐ Show Cause Notice
- ☐ Precept ☐ Appl. and Temp Ex Parte Protective Order ☐ Capias
- ☐ Writ of Attachment (person) ☐ Writ of Habeas Corpus ☐ Writ of Sequestration
- ☐ Writ of Garnishment ☐ Criminal Subpoena
- ☐ Other ____________________(Do not request post judgment remedies, use Request for Post Judgment Writ/Request for Abstract of Judgment forms)

**TYPE OF SERVICE:**

- ☐ Attorney will pick up (Place in Attorney Box)
- ☐ Runner/Process Server will pick up (Place in Pick Up Box)
- ☒ Mail to Attorney's Office/Requesting Party
- ☐ Forward to Constable's Office **Service Fee and Copy or Copy Fee Required**
- ☐ Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
- ☐ Publication (Circle one) Hays Free Press San Marcos Daily Record (*Service Fee Required*) Brief Statement of Suit (use reverse side)
- ☐ Posting at Courthouse Door (*Service fee and copy or copy fee required*) Brief Statement of Suit (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: (Citation and original petition, discovery requests)

PARTY TO BE SERVED: (Please fill out a new request form per party to be served) **Do not complete this section if filing Application for Criminal Subpoena**

NAME/AGENT: Raymond Sveeggen, d/b/a Old 77 Trucking

ADDRESS: 29475 472nd Avenue

CITY/STATE/ZIP: Beresford, SD 57004

SIGNATURE OF PARTY REQUESTING SERVICE: [signature]

PHONE NUMBER: 512-441-1111 E-MAIL: <pmills@jonbonilla.com>

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****

**Tab 6**

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 1 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 20 16.
Beverly Crumley, District Clerk

By: [signature]
Deputy

TRUE AND CORRECT COPY

CITATION
THE STATE OF TEXAS

CAUSE NO. 16-1236

STYLED: ANTHONY PAUL ACOSTA VS. OLD 77 TRUCKING

TO: **RAYMOND SVEEGGEN, D/B/A OLD 77 TRUCKING, 29475 472ND AVENUE, BERESFORD, SD 57004**

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**

Attached is a copy of the **PLAINTIFF ANTHONY PAUL ACOSTA'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUEST FOR PRODUCTION TO DEFENDANT OLD 77 TRUCKING**, which was filed by the **PLAINTIFF**, in the above styled and numbered cause on the **23RD DAY OF JUNE, 2016**, in the 22nd District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 29th day of June, 2016.

REQUESTED BY:
Peter Mills
BONILLA LAW FIRM
3910 IH-35 South Suite 200
Austin TX 78704
512-441-1111

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666

By: Charlotte Ladd
Charlotte Ladd, Deputy

**OFFICER'S RETURN**

Came to hand on the __ day of ________ 20___ at _____ o'clock ___M and executed the ___ day of ______20___ by delivering to defendant ______________________ in person, a true copy of this citation with a copy of the petition attached thereto on ____ day of ___________ 20___ at _______ o'clock ___M at ___________________ in ________________ County, Texas.

[ ] Not executed. The diligence used in finding defendant being________________________________

[ ] Information received as to the whereabouts of defendant being________________________________

Service Fee:$______________

Sworn to and subscribed before me this the _____day of________________,_____.

______________________________
NOTARY PUBLIC, THE STATE OF TEXAS

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:______________________________

______________________________
Printed Name of Server

________________County, Texas

ORIGINAL FOR RETURN

**Tab 7**

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 1 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 2016.
Beverly Crumley, District Clerk

By: [signature] Deputy

TRUE AND CORRECT COPY

FILED
7/29/2016 5:51:57 PM
Beverly Crumley
District Clerk
Hays County, Texas

CAUSE NO. 16-1236

| | | |
|---|---|---|
| ANTHONY PAUL ACOSTA, Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 22ND JUDICIAL DISTRICT |
| | § | |
| OLD 77 TRUCKING, Defendant. | § | |
| | § | HAYS COUNTY, TEXAS |

**DEFENDANT'S ORIGINAL ANSWER**

Defendant Old 77 Trucking (hereinafter "Defendant") files this Original Answer to Plaintiff's Original Petition.

**I.**
**GENERAL DENIAL**

Subject to such stipulations and admissions as may hereinafter be made, Defendant asserts a general denial as authorized by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, and respectfully requests that Plaintiff be required to prove the charges and allegations made against it by a preponderance of the evidence as required by the Constitution and laws of The State of Texas.

**II.**
**PRAYER**

Wherefore, premises considered, Defendant Old 77 Trucking prays that Plaintiff recovers nothing from Defendant, that the Court enter judgment that Defendant recovers all costs of court, and for all other relief to which Defendant may be entitled.

**Tab 8**

TRUE AND
CORRECT COPY

Respectfully submitted,

Robert A. Valadez, Attorney-in-Charge
State Bar No. 20421845
SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205-1860
(210) 349-0515 Telephone
(210) 349-3666 Facsimile
rvaladez@shelton-valadez.com

ATTORNEY FOR DEFENDANT
OLD 77 TRUCKING

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing is being electronically filed and served in accordance with TEXAS RULES OF CIVIL PROCEDURE 8, 21, and 21a, on the 29th day of July, 2016, to counsel of record as follows:

Peter Mills
BONILLA LAW FIRM
3910 S. IH-35, Suite 200
Austin, Texas 78704
pmills@jonbonilla.com

Robert A. Valadez

#419828

I, BEVERLY CRUMLEY, District Clerk of Hays County, Texas, hereby certify that the foregoing consisting of 2 pages, is a true, correct and full copy of the instrument herewith set out as it appears of record in the District Clerk's Office of Hays County, Texas this 3 day of August, 2016.
Beverly Crumley, District Clerk

By: ______________________
Deputy