IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANTHONY PAUL ACOSTA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:16-CV-952-RP |
| OLD 77 TRUCKING, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this day, the Court granted the parties' Joint Motion for Entry of Agreed Final Judgment. (Dkt. 18). Having done so, the Court enters the following Order.

**IT IS HEREBY ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Anthony Paul Acosta take nothing against Defendant Old 77 Trucking. Court costs are hereby assessed against the party incurring same.

**IT IS FURTHER ORDERED** that this judgment disposes of all parties and claims and is final and appealable.

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

**SIGNED** on May 5, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE